B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### Northern District of Illinois
#### Eastern Division

In re **All American Title Agency, LLC**  , Case No. _____

Debtor

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Bank of America** f/k/a LaSalle Bank P.O. Box 2864 Transaction Processing CT2-515-BB-12 Hartford, CT 06101 | | | **DISPUTED** | $104,625.04 **SECURED VALUE:** |
| **National City** P.O. Box 856176 Louisville, KY 40285-6176 | | | **DISPUTED** | $100,162.68 **SECURED VALUE:** |
| **Internal Revenue Service** Ogden, UT 84201 | | | **DISPUTED** | $23,253.34 |
| **Illinois Department of Revenue** P.O. Box 19475 Springfield, IL 62794-9475 | | | **DISPUTED** | $5,276.39 |
| **2550 Ashland LLC** K/A Chicago Yacht Yard 2550 S. Ashland Avenue Chicago, IL 60608 | | | | $16,069.23 |
| **All American Reserve Mtg** 601 N. Hicks Road, Suite A Palatine, IL 60067 | | | | $241,498.70 |

**B4 (Official Form 4) (12/07)4 -Cont.**

In re **All American Title Agency, LLC**, Case No. _____
Debtor
Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| ARC Documents<br>205 W Randolph St<br>Ste 1401<br>Chicago, IL 60606 | | | | $183.00 |
| Chi Networks<br>619 S. LaSalle Street<br>Suite 101<br>Chicago, IL 60605 | | | DISPUTED | $17.456.95 |
| Cimco<br>1901 S. Meyers Road<br>Suite 700<br>Oakbrook Terrace, IL 60181 | | | DISPUTED | $12,151.90 |
| City of Chicago<br>Department of Revenue<br>P.O. Box 88298<br>Chicago, IL 60680 | | | | $300.00 |
| Comcast Chicago Seconds<br>c/o Credit Management<br>P.O. Box 118288<br>Carrollton, TX 75011-8288 | | | | $420.59 |
| Chicago Tribune<br>435 N. Michigan Ave.<br>Chicago, IL 60611 | | | | $142.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **All American Title Agency, LLC** , Case No. _____

Debtor

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Commonwealth Land Title Ins**<br>P.O. Box 35180<br>Louisville, KY 40232-5180 | | | **DISPUTED** | $56,602.90 |
| **CSC**<br>P.O. Box 133797<br>Philadelphia, PA 19101-3397 | | | | $962.00 |
| **Data Armor**<br>619 S. LaSalle Street<br>Suite 101<br>Chicago, IL 60605 | | | **DISPUTED** | $19,290.82 |
| **Dr. Dean Dauw**<br>245 Bluff Court<br>Barrington, IL 60010 | | | | $107,420.00 |
| **EJF Title Agency**<br>601 N. Hicks Road<br>Suite E<br>Palatine, IL 60067 | | | | $26,829.75 |
| **Ginnochio**<br>121 E. Clarendon Drive<br>Round Lake Beach, IL 60073 | | | | $27,367.44 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **All American Title Agency, LLC** , Case No. _____

Debtor

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Groot** P.O. Box 92317 Elk Grove Village, IL 60009-2317 | | | | $238.74 |
| **Harold Moskowitz** 55 W. Monroe Suite 1100 Chicago, IL 60602 | | | | $27.140.93 |
| **Nicor** P.O. Box 0632 Aurora, IL 60507 | | | | $6,319.88 |
| **Taxes Unlimited** 111 W. Washington, Suite 1040 Chicago, IL 60602 | | | | $773.00 |
| **Palatine Title** 504 North Plum Grove Road Palatine, Illinois 60067 | | | | $1,204.34 |
| **Palatine Associates** 2241 W. Howard Street Chicago, IL 60645 | | | **DISPUTED** | $132,433.31 |

**B4 (Official Form 4) (12/07)4 -Cont.**

In re **All American Title Agency, LLC** , Case No. _____

Debtor

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Pitney Bowes Rental** P.O. Box 856042 Louisville, KY 40285-6042 | | | | $1,426.92 |
| **Popular Title Agency, LLC** 601 N. Hicks Road, Suite E Palatine, IL 60067 | | | | $602.00 |
| **Senior Homes LLC** 601 N. Hicks Road Palatine, IL 60067 | | | | $177,134.41 |
| **Senior Title Agency LLC** 601 N. Hicks Road, Suite B Palatine, IL 60067 | | | | $170.00 |
| **Skyline Title Agency LLC** 565 N. Hicks Road, Suite A Palatine, IL 60067 | | | | $115.00 |
| **Sprint** P.O. Box 4181 Carol Stream, IL 60197-4181 | | | | $1,578.18 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **All American Title Agency, LLC**, Debtor

Case No. _____

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **ComEd** P.O. Box 6111 Carol Stream, IL 60197 | | | | $1,168.48 |
| **McBee** 301 Grove Road Thorofare, NJ 08086 | | | | $1.000.53 |
| **T-Mobile** P.O. Box 742596 Cincinnati, OH 45274-2596 | | | | $559.74 |
| **IL Director of Employment Security** P.O. Box 803414 Chicago, IL 60680 | | | | $1,398.37 |
| **Title Zone LLC** 565 N. Hicks Road, Suite C Palatine, IL 60067 | | | | $200.00 |
| **Village of Palatine** 200 East Wood Street Palatine, IL 60067 | | | | $41.92 |

**B4 (Official Form 4) (12/07)4 -Cont.**

In re **All American Title Agency, LLC** , Case No. _____
Debtor
Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| WW Data<br>13154 Thelma Circle<br>Plainfield, IL 60585 | | | **DISPUTED** | **$437.50** |
| Western Commerce Bank<br>127 S. Canyon<br>Carlsbad, NM 88221-5151 | | | **DISPUTED** | **$3,431.99** |
| Zurich Insurance<br>N.W. 5608<br>P.O. Box 1450<br>Minneapolis, MN 55485-1450 | | | **DISPUTED** | **$7,515.21** |
| Illinois Department of Revenue<br>P.O. Box 19475<br>Springfield, IL 62794-9475 | | | **DISPUTED** | **$1,460.00** |
| CPM | | | | **$423.72** |
| Ticor Title LLC<br>565 N. Hicks Road, Suite C<br>Palatine, IL 60067 | | | **DISPUTED** | **$33,014.20** |

**B4 (Official Form 4) (12/07)4 -Cont.**

In re **All American Title Agency, LLC** ,    Case No. _____

Debtor    Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Strecker Jepson & Assoc.**<br>**601 N. Hick Road, Suite C**<br>**Palatine, IL 60067** | | | | **$20,369.25** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Christy J. Jepson, Managing Member of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **08/13/2009**    Signature: **s/ Christy J. Jepson**

**Christy J. Jepson ,Managing Member**
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.