**B6A (Official Form 6A) (12/07)**

**In re:** All American Title Agency, LLC , **Case No.** _____
**Debtor** *(If known)*

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |
| | | **Total** ➢ | **0.00** | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re **All American Title Agency, LLC** ,   Case No. _____
            **Debtor**                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Commonwealth Edison** | | **3,134.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Stock interests in the following entities**<br>**EJF Title - 60%**<br>**Sky Line Title - 60%**<br>**Popular Title Insurance Co - 50.1%**<br>**Title Zone - 70%**<br>**Senior Homes - 60%** | | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

Case 09-29704   Doc 8   Filed 08/13/09   Entered 08/13/09 16:11:10   Desc Main
Document      Page 3 of 19

B6B (Official Form 6B) (12/07) -- Cont.

In re **All American Title Agency, LLC**                                    ,   Case No. _____
                    **Debtor**                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Condemnation award with respect to leasehold interest and improvments at 565 N. Hicks Road and 601 N. Hicks Road, Palatine, IL** | | **1,200,000.00** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Revoked Title Agency License (revocation is on adminstrative review before the Circuit Court of Cook County)** | | **0.00** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | | **321 Bayliner** | | **13,304.53** |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re **All American Title Agency, LLC** ,     **Case No.** _____
                   **Debtor**                       **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | __2__ continuation sheets attached      Total ➤ | | **$1,216,438.53** |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re **All American Title Agency, LLC** ,    Case No. _____
                **Debtor**    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Bank of America**<br>**f/k/a LaSalle Bank**<br>**P.O. Box 2864**<br>**Transaction Processing CT2-515-BB-12**<br>**Hartford, CT 06101** | X | | 03/03/2006<br>Security Agreement<br>Line of Credit<br><br>All inventory, assets, equipment, general intangibles and the proceeds thereof.<br>_____<br>VALUE $0.00 | | | X | 104,625.04 | 104,625.04 |
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**Ogden, UT 84201** | | | 02/01/2007<br>Statutory Lien<br>Tax lien<br>_____<br>VALUE $0.00 | | | X | 21,761.00 | 0.00 |
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**Ogden, UT 84201** | | | 06/03/2007<br>Statutory Lien<br>Tax lien<br>_____<br>VALUE $0.00 | | | X | 1,534.00 | 0.00 |
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**Ogden, UT 84201** | | | 05/02/2007<br>Statutory Lien<br>Tax lien<br>_____<br>VALUE $0.00 | | | X | 3,497.00 | 0.00 |

_1_ continuation sheets attached

Subtotal ➤ (Total of this page)      $ 131,417.04   $ 104,625.04

Total ➤ (Use only on last page)      $   $

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re **All American Title Agency, LLC**,   Case No. _____
           **Debtor**                                      **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**Ogden, UT 84201** | | | 11/21/2006<br>Statutory Lien<br>Tax lien<br>_____<br>VALUE $0.00 | | | X | 33,329.00 | 0.00 |
| ACCOUNT NO.<br>**National City**<br>**P.O. Box 856176**<br>**Louisville, KY  40285-6176** | X | | 09/22/2006<br>Security Agreement<br>Line of Credit<br><br>All inventory, assets, equipment, general intangibles and the proceeds thereof.<br>_____<br>VALUE $0.00 | | | X | 100,162.68 | 100,162.68 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)            $ 133,491.68  $ 100,162.68

Total ➤
(Use only on last page)         $ 264,908.72  $ 204,787.72

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re **All American Title Agency, LLC**          Case No. _____
                                Debtor                                                 (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

**B6E (Official Form 6E) (12/07) – Cont.**

In re **All American Title Agency, LLC**, Case No. _____
                Debtor                                                                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority: Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Illinois Department of Revenue<br>P.O. Box 19475<br>Springfield, IL 62794-9475 | | | 04/16/2008<br>State tax liens | | | X | 1,460.00 | 0.00 | $1,460.00 |
| ACCOUNT NO.<br>Illinois Department of Revenue<br>P.O. Box 19475<br>Springfield, IL 62794-9475 | | | 2006 941 Liability | | | X | 5,276.39 | 0.00 | $5,276.39 |
| ACCOUNT NO.<br>Internal Revenue Service<br>Ogden, UT 84201 | | | 2006 941 Liability | | | X | 23,253.34 | 23,253.34 | $1,460.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶ (Totals of this page)    $ **29,989.73**    $ **23,253.34**    $ **8,196.39**

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $ **29,989.73**

Total ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $ **23,253.34**    $ **8,196.39**

B6F (Official Form 6F) (12/07)

In re  **All American Title Agency, LLC**                        ,        Case No. _____
                                **Debtor**                                                **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>2550 Ashland LLC<br>K/A Chicago Yacht Yard<br>2550 S. Ashland Avenue<br>Chicago, IL 60608 | | | Boat Storage<br>Date of Claim: 2001 | | | | 16,069.23 |
| ACCOUNT NO.<br>All American Reserve Mtg<br>601 N. Hicks Road, Suite A<br>Palatine, IL 60067 | | | Loan<br>Date of Claim: 2006 | | | | 241,498.70 |
| ACCOUNT NO.<br>ARC Documents<br>205 W Randolph St<br>Ste 1401<br>Chicago, IL 60606 | | | Photocopying<br>Date of Claim: 2006 | | | | 183.00 |
| ACCOUNT NO.<br>Chase Bank Fees<br>P O Box 36520<br>Louisville, KY 40233-6520 | | | Fees | | | | 0.00 |
| ACCOUNT NO.<br>Chi Networks<br>619 S. LaSalle Street<br>Suite 101<br>Chicago, IL 60605 | | | Computer Servicing<br>Date of Claim: 2005 | | | X | 17,456.95 |

_7_ Continuation sheets attached

                                                                        Subtotal ➤ $   **275,207.88**

                                                                        Total ➤ $
**(Use only on last page of the completed Schedule F.)**
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **All American Title Agency, LLC**,　　　　　　　　　　Case No. _____
　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Chicago Tribune**<br>435 N. Michigan Ave.<br>Chicago, IL 60611 | | | Advertising | | | | 142.00 |
| ACCOUNT NO.<br>**Cimco**<br>1901 S. Meyers Road<br>Suite 700<br>Oakbrook Terrace, IL 60181 | | | **Phone Service**<br>Date of Claim: 2005 | | | X | 12,151.90 |
| ACCOUNT NO.<br>**City of Chicago**<br>**Department of Revenue**<br>P.O. Box 88298<br>Chicago, IL 60680 | | | **Parking Fines**<br>Date of Claim: 2006 | | | | 300.00 |
| ACCOUNT NO.<br>**Comcast Chicago Seconds**<br>c/o Credit Management<br>P.O. Box 118288<br>Carrollton, TX 75011-8288 | | | **Cable Service**<br>Date of Claim: 2006 | | | | 420.59 |
| ACCOUNT NO.<br>**ComEd**<br>P.O. Box 6111<br>Carol Stream, IL 60197 | | | **Utility**<br>Date of Claim: 2006 | | | | 1,168.48 |

Sheet no. 1 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ 14,182.97

Total ➢ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **All American Title Agency, LLC**, Case No. _____
                          Debtor                       (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Commonwealth Land Title Ins** <br> P.O. Box 35180 <br> Louisville, KY 40232-5180 | | | **Underwriting Fees** <br> Date of Claim: 2006 | | | X | **56,602.90** |
| ACCOUNT NO. <br> **CPM** | | | | | | | **423.72** |
| ACCOUNT NO. <br> **CSC** <br> P.O. Box 133797 <br> Philadelphia, PA 19101-3397 | | | Date of Claim: 2005 | | | | **962.00** |
| ACCOUNT NO. <br> **Data Armor** <br> 619 S. LaSalle Street <br> Suite 101 <br> Chicago, IL 60605 | | | **Computer Services** <br> Date of Claim: 2005 | | | X | **19,290.82** |
| ACCOUNT NO. <br> **Dr. Dean Dauw** <br> 245 Bluff Court <br> Barrington, IL 60010 | | | **Loans** <br> Date of Claim: 2005 | | | | **107,420.00** |

Sheet no. 2 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ **184,699.44**

Total ➢ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **All American Title Agency, LLC**,                    Case No. _____
                    Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> EJF Title Agency <br> 601 N. Hicks Road <br> Suite E <br> Palatine, IL 60067 | | | **Loans** <br> Date of Claim: 2005 | | | | **26,829.75** |
| ACCOUNT NO. <br> Ginnochio <br> 121 E. Clarendon Drive <br> Round Lake Beach, IL 60073 | | | **Search Fees** <br> Date of Claim: 2005 | | | | **27,367.44** |
| ACCOUNT NO. <br> Groot <br> P.O. Box 92317 <br> Elk Grove Village, IL 60009-2317 | | | **---- Collection** <br> Date of Claim: 2006 | | | | **238.74** |
| ACCOUNT NO. <br> Harold Moskowitz <br> 55 W. Monroe <br> Suite 1100 <br> Chicago, IL 60602 | | | **Attorneys Fees** <br> Date of Claim: 2006 | | | | **27,140.93** |
| ACCOUNT NO. <br> IL Director of Employment Security <br> P.O. Box 803414 <br> Chicago, IL 60680 | | | **Unemployment Contribution** <br> Date of Claim: 2006 | | | | **1,398.37** |

Sheet no. 3 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ **82,975.23**

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re **All American Title Agency, LLC** ,     Case No. _____
                                          Debtor                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**James F. Graves**<br>**848 W. Junior Terrace**<br>**Chicago, IL 60638** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**McBee**<br>**301 Grove Road**<br>**Thorofare, NJ 08086** | | | | | | | 1,000.53 |
| ACCOUNT NO.<br><br>**Nicor**<br>**P.O. Box 0632**<br>**Aurora, IL 60507** | | | **Utility**<br>**Date of Claim: 2006** | | | | 6,319.88 |
| ACCOUNT NO.<br><br>**Palatine Associates**<br>**2241 W. Howard Street**<br>**Chicago, IL 60645** | X | | **Rent**<br>**Date of Claim: 2006** | | | X | 132,433.31 |
| ACCOUNT NO.<br><br>**Palatine Title**<br>**504 North Plum Grove Road**<br>**Palatine, Illinois 60067** | | | **Title fees** | | | | 1,204.34 |

Sheet no. 4 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▷ $ **140,958.06**

Total ▷ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **All American Title Agency, LLC**,    Case No. _____
                    Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Pitney Bowes Rental** <br> P.O. Box 856042 <br> Louisville, KY 40285-6042 | | | **Postage Meter** <br> Date of Claim: 2005 | | | | 1,426.92 |
| ACCOUNT NO. <br> **Popular Title Agency, LLC** <br> 601 N. Hicks Road, Suite E <br> Palatine, IL 60067 | | | **Loan** <br> Date of Claim: 2006 | | | | 602.00 |
| ACCOUNT NO. <br> **Senior Homes LLC** <br> 601 N. Hicks Road <br> Palatine, IL 60067 | | | **Loan** <br> Date of Claim: 2006 | | | | 177,134.41 |
| ACCOUNT NO. <br> **Senior Title Agency LLC** <br> 601 N. Hicks Road, Suite B <br> Palatine, IL 60067 | | | **Loan** <br> Date of Claim: 2006 | | | | 170.00 |
| ACCOUNT NO. <br> **Skyline Title Agency LLC** <br> 565 N. Hicks Road, Suite A <br> Palatine, IL 60067 | | | **Loan** <br> Date of Claim: 2006 | | | | 115.00 |

Sheet no. 5 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 179,448.33

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re **All American Title Agency, LLC**          ,             Case No. _____
                        **Debtor**                                                   **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 585571519<br>**Sprint**<br>P.O. Box 4181<br>Carol Stream, IL 60197-4181 | | | **Telephone**<br>Date of Claim: 2006 | | | | 1,578.18 |
| ACCOUNT NO.<br>**Strecker Jepson & Assoc.**<br>601 N. Hick Road, Suite C<br>Palatine, IL 60067 | | | **Legal Fees & Filing Fee**<br>Date of Claim: 2009 | | | | 20,369.25 |
| ACCOUNT NO.<br>**Taxes Unlimited**<br>111 W. Washington, Suite 1040<br>Chicago, IL 60602 | | | **Title Services**<br>Date of Claim: 2006 | | | | 773.00 |
| ACCOUNT NO.<br>**Ticor Title LLC**<br>565 N. Hicks Road, Suite C<br>Palatine, IL 60067 | | | **Underwriting fees**<br>Date of Claim: 2006 | | | X | 33,014.20 |
| ACCOUNT NO.<br>**Title Zone LLC**<br>565 N. Hicks Road, Suite C<br>Palatine, IL 60067 | | | **Loan**<br>Date of Claim: 2005 | | | | 200.00 |

Sheet no. 6 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ **55,934.63**

Total ➢ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re **All American Title Agency, LLC**                     ,          Case No. _____
                               **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>T-Mobile<br>P.O. Box 742596<br>Cincinnati, OH 45274-2596 | | | Telephone<br>Date of Claim: 2006 | | | | 559.74 |
| ACCOUNT NO. <br><br>Village of Palatine<br>200 East Wood Street<br>Palatine, IL 60067 | | | Utility<br>Date of Claim: 2009 | | | | 41.92 |
| ACCOUNT NO. <br><br>Western Commerce Bank<br>127 S. Canyon<br>Carlsbad, NM 88221-5151 | | | E&C Insurance<br>Date of Claim: 2006 | | | X | 3,431.99 |
| ACCOUNT NO. <br><br>WW Data<br>13154 Thelma Circle<br>Plainfield, IL 60585 | | | Telephone Repair Services<br>Date of Claim: 2005 | | | X | 437.50 |
| ACCOUNT NO. <br><br>Zurich Insurance<br>N.W. 5608<br>P.O. Box 1450<br>Minneapolis, MN 55485-1450 | | | Deductible and Insurance Claim<br>Date of Claim: 2006 | | | X | 7,515.21 |

Sheet no. 7 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ **11,986.36**

Total ➤ $ **945,392.90**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

**B6G (Official Form 6G) (12/07)**

In re:  **All American Title Agency, LLC**                     ,    Case No. _____
                                                  Debtor                                              (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Chicago Yacht Yard**<br>**400 E Monroe St**<br>**Chicago, IL 60603-6493** | **Lease of space for boat storage** |
| **ChiNetwork**<br>**5615 W Cermak Rd**<br>**Cicero, IL 60804-2216** | **Lease of computer systems** |
| **Palatine Associates**<br>**2241 W. Howard Street**<br>**Chicago, IL 60645** | **Leases of non-residential property located at and commonly known as 565 and 601 N. Hicks Road, Palatine, IL** |

**B6H (Official Form 6H) (12/07)**

In re: **All American Title Agency, LLC** , Case No. _____
              **Debtor**                                                               **(If known)**

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Patricia Jepson, Guarantor** | **Bank of America**<br>**f/k/a LaSalle Bank**<br>**P.O. Box 2864**<br>**Transaction Processing CT2-515-BB-12**<br>**Hartford, CT 06101** |
| **Patricia Jepson, Guarantor** | **National City**<br>**P.O. Box 856176**<br>**Louisville, KY 40285-6176** |
| **Christy Jepson** | **Palatine Associates**<br>**2241 W. Howard Street**<br>**Chicago, IL 60645** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **All American Title Agency, LLC**     Case No. _____
                     Debtor                                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT APPLICABLE)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Christy J. Jepson**, the **Managing Member** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **20** sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date **08/13/2009**          Signature: **s/ Christy J. Jepson**
                                                    **Christy J. Jepson Managing Member**
                                                    [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*