**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**CASE NAME: ALL AMERICAN TITLE AGENCY, INC.**
**CASE NO.   09 B 29704**

**SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS**

For Month Ending   September 30   , 20 09

| | | |
|---|---|---|
| BEGINNING BALANCE IN ALL ACCOUNTS | $ | 0.00 |
| RECEIPTS: | | |
| 1. Receipts from operations | $ | 0.00 |
| 2. Other Receipts | $ | 0.00 |
| DISBURSEMENTS: | | |
| 3. Net payroll: | | |
| a. Offices | $ | 0.00 |
| b. Others | $ | 0.00 |
| 4. Taxes: | | |
| a. Federal Income Taxes | $ | 0.00 |
| b. FICA withholdings | $ | 0.00 |
| c. Employee's withholdings | $ | 0.00 |
| d. Employer's FICA | $ | 0.00 |
| e. Federal Unemployment Taxes | $ | 0.00 |
| f. State Income Tax | $ | 0.00 |
| g. State Employee Withholdings | $ | 0.00 |
| h. All other state taxes | $ | 0.00 |
| 5. Necessary expenses: | | |
| a. Rent or mortgage payment(s) | $ | 0.00 |
| b. Utilities | $ | 0.00 |
| c. Insurance | $ | 0.00 |
| d. Merchandise bought for manufacture or sale | $ | 0.00 |
| e. Other necessary expenses (specify) | | |
| Bank Service Fees | $ | 0.00 |
| TOTAL DISBURSEMENTS | $ | 0.00 |
| NET RECEIPTS FOR THE CURRENT PERIOD | $ | 0.00 |
| ENDING BALANCE IN _____ | $ | 0.00 |
| ENDING BALANCE IN ALL ACCOUNTS | $ | 0.00 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**CASE NAME: ALL AMERICAN TITLE AGENCY, INC.**
**CASE NO.    09 B 29704**

**RECEIPTS LISTING**

For Month Ending ___August 31___, 20_09_

Bank:           None

Location:

Account Name:

Account No.:

| **DATE RECEIVED** | **DESCRIPTION** | **AMOUNT** |
|---|---|---|
| | | |

TOTAL: $    0.00

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT - Page 2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**CASE NAME: ALL AMERICAN TITLE AGENCY, INC.**
**CASE NO.   09 B 29704**

**DISBURSEMENT LISTING**

For Month Ending   August  31   , 20 09

Bank:          None

Location:

Account Name:

Account No.:

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|

TOTAL:   $      0.00

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT - Page 3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**CASE NAME: ALL AMERICAN TITLE AGENCY, INC.**
**CASE NO.    09 B 29704**

For Month Ending September 30, 20 09

**STATEMENT OF INVENTORY**

| | |
|---|---|
| Beginning inventory | $ 0.00 |
| Add: purchases | $ 0.00 |
| Less: goods sold (costs basis) | $ 0.00 |
| Ending inventory | $ 0.00 |

**PAYROLL INFORMATION STATEMENT**

| | |
|---|---|
| Gross payroll for this period | $ 0.00 |
| Payroll taxes due but unpaid | $ 0.00 |

**STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS**

| Name of Creditor/ Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent |
|---|---|---|---|---|
| | | | | |

*    Include only post-petition payments.

OPERATING REPORT - Page 4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**CASE NAME: ALL AMERICAN TITLE AGENCY, INC.
CASE NO.    09 B 29704**

For Month Ending September 30 , 20 09

**STATEMENT OF AGED RECEIVABLES**

**ACCOUNT RECEIVABLE:**

| | |
|---|---|
| Beginning of month balance | $ 0.00 |
| Add: sales on account | $ 0.00 |
| Less: collections | $ 0.00 |
| End of month balance | $ 0.00 |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of TOTAL |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)**

| | |
|---|---|
| Beginning of month balance | $ 0.00 |
| Add: credit extended | $ 0.00 |
| Less: payment of account | $ 0.00 |
| End of month balance | $ 0.00 |

| 0-30 | 31-60 Days | 61-90 Days | Over 90 Days | End of Days TOTAL |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE
SCHEDULE AND FILE WITH THIS REPORT**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**CASE NAME: ALL AMERICAN TITLE AGENCY, INC.
CASE NO.    09 B 29704**

For Month Ending September 30        , 20 09

**TAX QUESTIONNAIRE**

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis.  Please indicate whether the following post petition taxes or withholdings have been paid currently.

**N/A**

| | | | |
|---|---|---|---|
| 1. | Federal Income Taxes | Yes ( ) | No ( ) |
| 2. | FICA withholdings | Yes ( ) | No ( ) |
| 3. | Employee's withholdings | Yes ( ) | No ( ) |
| 4. | Employer's FICA | Yes ( ) | No ( ) |
| 5. | Federal Unemployment Taxes | Yes ( ) | No ( ) |
| 6. | State Income Tax | Yes ( ) | No ( ) |
| 7. | State Employee withholdings | Yes ( ) | No ( ) |
| 8. | All other state taxes | Yes ( ) | No ( ) |

If any of the above have not been paid, state below the tax not paid, the amounts past due and date of last payment.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**DECLARATION UNDER PENALTY OF PERJURY**

I, _____Chris Jepson_____, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_____
For the Debtor In Possession

Print or type name and capacity of person signing this Declaration:

___Chris Jepson_____

Dated:_____

OPERATING REPORT - Page 7